No. 931. Vrooman, Trustee in Bankruptcy *v.* Leonard. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied. *Edgar C. Keller* for petitioner.

Mr. Justice Black and Mr. Justice Douglas are of the opinion that certiorari should be granted in the following cases (beginning with No. 927 and extending through No. 959 on this page):

No. 927. Zuckerman et al. *v.* Greason. Ct. App. N. Y. Certiorari denied. *Emanuel Redfield* for petitioners. *Harold M. Spitzer* for respondent.

No. 928. Allinson *v.* Greason. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. *Emanuel Redfield* for petitioner. *Harold M. Spitzer* for respondent.

No. 959. Resnicoff *v.* Association of the Bar of the City of New York. Ct. App. N. Y. Certiorari denied. *Samuel Resnicoff,* petitioner, *pro se. John G. Bonomi, Michael Franck* and *Arthur J. Cooperman* for respondent.

No. 438, Misc. Mitchell *v.* California. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Daniel J. Kremer,* Deputy Attorney General, for respondent.

No. 584, Misc. Ragland *v.* United States. C. A. 2d Cir. Certiorari denied. *Peter B. Sullivan* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.